```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                                Plaintiff,                 :
                                                           :         22-mj-2831-UA
                -against-                                  :
                                                           :             ORDER
                                                           :
HOSAME DERGASLY,                                           :
                                                           :
                                Defendant.                 :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On April 1, 2022, in my capacity as the District Judge assigned to Part I duties, I conducted a hearing on the Government's appeal of Magistrate Judge Sarah L. Cave's order regarding Defendant's bail disposition. (*See* Doc. 4.) After hearing the arguments of the parties, it is hereby

ORDERED that the Government's application for Defendant's detention is DENIED;

IT IS FURTHER ORDERED that all bail conditions set by Judge Cave will remain in place, (*id.*), but Defendant must meet all of the conditions prior to his release;

IT IS FURTHER ORDERED that Defendant obtain a landline at his place of residence within 30 days, but Defendant need not meet this condition prior to his release;

IT IS FURTHER ORDERED that Defendant be limited to one electronic device; and

IT IS FURTHER ORDERED that Pretrial Services be given access to any electronic device obtained by Defendant.

SO ORDERED.

Dated: April 1, 2022
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge