UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
UNITED STATES OF AMERICA,            :
:
                Plaintiff,    :
:      22-mj-2831-UA
    -against-            :
:      **ORDER**
:
HOSAME DERGASLY,                     :
:
                Defendant.    :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On April 1, 2022, in my capacity as the District Judge assigned to Part I duties, I conducted a hearing on the Government's appeal of Magistrate Judge Sarah L. Cave's order regarding Defendant's bail disposition. (*See* Doc. 4.) After hearing the arguments of the parties, I denied the Government's application for Defendant's detention, and modified Judge Cave's bail determination as documented in my April 1, 2022 Order (Doc. 7).

       On April 15, 2022, Defendant made an application to Judge J. Paul Oetken, the Part I judge on duty. The Government submitted a letter in opposition to the request bail modification on April 16, 2022, and the defense submitted a reply on April 18, 2022. In light of my familiarity with the underlying issues, I have agreed to handle Defendant's application to modify his bail conditions. I have read the letter submissions related to the Defendant's application to modify his bail conditions. It is hereby

       ORDERED that the parties advise me by the close of business tomorrow whether the proposed moral suasion co-signor referenced in Defendant's April 15, 2022 letter owes money to Defendant.

SO ORDERED.

Dated: April 18, 2022
      New York, New York

Vernon S. Broderick
United States District Judge